UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
CHAZ GLYNN,

              Petitioner,     :

                          :

          -v-             :

                          :

UNITED STATES OF AMERICA,     :

              Respondent.    :
------------------------------------ x

           12 Civ. 4571(JSR)(HBP)
           06 Cr.  580 (JSR)

           ORDER

JED S. RAKOFF, U.S.D.J.

     On September 24, 2015, this Court filed an order denying petitioner Chaz Glynn's 28 U.S.C. § 2255 motion. <u>See</u> Order dated Sept. 22, 2015, 12 Civ. 4571, Dkt. 20. In a letter received by the Court on or about December 20, 2015, Mr. Glynn wrote this Court to inquire whether his notice of appeal had been received. He was informed that it needed to be sent to the Clerk of the Court. In a letter dated January 5, 2016, Mr. Glynn wrote this Court requesting that his letter sent on or about December 20, 2015 be construed as a request for extension of time to file an appeal. As Exhibit A to that letter he attached a Notice of Appeal. All of these communications will now be docketed.

     This Court hereby grants Mr. Glynn's request to construe his letter sent on or about December 20, 2015 as a motion for an extension of time to file a notice of appeal. Mr. Glynn's motion for an extension of time is therefore timely as per Federal Rule of Appellate Procedure 4(a)(5)(A)(i). Further, the Court construes Exhibit A to the January 5 letter as a notice of appeal and directs

the Clerk to docket a separate copy of Exhibit A as a duly-docketed
(and now timely) Notice of Appeal.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        January 11, 2015

2