```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>CHAZ GLYNN,<br><br>            Defendant. | 06-cr-0580 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On March 10, 2023, the Court received the defendant's pro se motion requesting several forms of relief. First, the defendant asks that the Court recommend to the Bureau of Prisons ("BOP") that he be credited for the time he allegedly spent in the New York state penal system on state-law charges that, he claims, involved the same course of conduct underlying his federal convictions. Second, he seeks discovery related to the conviction of Officer Jose Arroyo, a testifying witness at his trial, on unrelated state-law charges and the subsequent sentencing proceedings. Third, and finally, he requests "all notes, statements, proffers and communications" between the Government and a cooperating co-defendant, Mr. Anthony Valentine. Following a careful review of the defendant's motion, the Court hereby rules as follows.

As to the defendant's first requested ground of relief, the Government is hereby directed to provide a response to the defendant's aforementioned petition for a recommendation to the BOP by March 31, 2023. Further, the Court, in its discretion, denies the defendant's two motions for additional discovery as irrelevant. See Fed. R. Crim.

1

Pro. 16(d)(1) ("At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief."). In his motion, the defendant failed to show that the requested discovery would aid him in overturning or seeking a reduction of his sentence of life imprisonment.

    SO ORDERED.

New York, NY  
March 17, 2023

                                                           JED S. RAKOFF, U.S.D.J.