UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | 06-cr-580-4 (JSR) |
|---|---|
| -v- | ORDER |
| CHAZ GLYNN, | |

JED S. RAKOFF, U.S.D.J.:

In 2008, defendant Chaz Glynn was convicted of murder in aid of racketeering, murder in connection with a drug conspiracy, and the use of a firearm in relation to a drug trafficking crime resulting in murder. In January 2009, this Court sentenced Glynn to life imprisonment on the first count and 480 months on each of the other two counts, with all three sentences to run concurrently. In February 2022, this Court granted in part Glynn's motion for a reduction in sentence, and his sentence was modified to reduce the term of imprisonment to 420 months. See ECF No. 290.

The Court recently received Glynn's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), postmarked September 12, 2025. Glynn requests release, or reduction of his sentence for at least the amount of time -- eight years -- that he served for a previous case. With respect to the request for a reduction in sentence, Glynn acknowledges that, at the time of the proceedings in 2022, he requested the Court give credit for time served, and the Court explained that it was not within its power to grant that credit. That remains unchanged, and the Court again denies that requested relief.

1

With respect to the request for release, Watson argues that his painful, degenerative hip injury and rehabilitation justify reduction of his sentence. The Court appreciates the evidence that Glynn has put forth towards his rehabilitation but nonetheless denies the motion for compassionate release under 18 U.S.C. § 3582, finding no extraordinary and compelling reasons warrant modification of a sentence reduced only three years ago.

    SO ORDERED.

New York, NY
September 30, 2025

                                               JED S. RAKOFF, U.S.D.J.